IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

NANCY BILYEU                                                                                              PLAINTIFF

vs.                                               Civil No. 4:11-cv-04053

ALBERTSON'S, LLC                                                                                      DEFENDANT

### MEMORANDUM OPINION

Before this Court is the Parties' Joint Motion to Dismiss.  ECF No. 15.  In this Motion, the Parties represented they "reached a compromise-settlement agreement of all claims asserted or which could have been asserted for the incident which formed the basis of this lawsuit." *Id.*  The Parties also request that this Court dismiss this case with prejudice.  Therefore, this Court **GRANTS** this Motion and dismisses Plaintiff's case with prejudice.  A judgment incorporating these findings will be entered pursuant to Federal Rules of Civil Procedure 52 and 58.

**ENTERED this 4th day of April, 2012.**

/s/   Barry A. Bryant
HON. BARRY A. BRYANT
U.S. MAGISTRATE JUDGE