IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

NANCY BILYEU                                                                                           PLAINTIFF

vs.                                          Civil No. 4:11-cv-04053

ALBERTSON'S, LLC                                                                                  DEFENDANT

## JUDGMENT

For the reasons stated in the Memorandum Opinion entered on this date, this Court dismisses Plaintiff's case with prejudice.

**ENTERED this 4th day of April, 2012.**

/s/   Barry A. Bryant
HON. BARRY A. BRYANT
U.S. MAGISTRATE JUDGE

1